# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

The request for an adjournment is GRANTED. The initial pretrial conference is adjourned to April 18 at 3:00 PM. If defendants still haven't appeared within the next 21 days, plaintiff should follow all the necessary steps for a default judgment. The Clerk of Court is directed to terminate the motion at Dkt. 10.

March 14, 2025

**SO ORDERED.**

Arun Subramanian, U.S.D.J.
Dated: March 14, 2025

**VIA CM/ECF**

Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15A
New York, NY 10007

Re:    **Norris v. Petite Boucherie LLC, et al.**
       **Case 1:25-cv-00388-AS**

Dear Judge Subramanian:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for March 19, 2025, at 3:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com