UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Namel Norris,

                Plaintiff,

    -against-

Petite Boucherie LLC,

                Defendant.

25-cv-388 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Because the Court has approved the parties' case management plan, *see* Dkt. 26, the remote initial pretrial conference scheduled for 3:00 PM today is hereby cancelled.

SO ORDERED.

Dated: September 29, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge