UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                                     Plaintiff,

            -against-                                                          25-cv-388 (AS)

PETITE BOUCHERIE LLC et al.,                                    ORDER

                                     Defendants.

ARUN SUBRAMANIAN, United States District Judge:

        By April 27, 2026, the parties shall meet, confer, and propose three separate two-week

periods for trial between August 2026 and March 2027.


        SO ORDERED.

Dated:  April 20, 2026
        New York, New York

                                                      _____
                                                      ARUN SUBRAMANIAN
                                                      United States District Judge